UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NAFTOMAR SHIPPING AND TRADING CO. LTD.
INC.,

                 Plaintiff,

   - against -

D & C ENTERPRISES (PVT) LTD. f/k/a
LAUFGS LANKA GAS (PVT) LTD.,

               Defendant.
-------------------------------------------------------------------X

:    USDC SDNY
:    DOCUMENT
:    ELECTRONICALLY FILED
:    DOC #:
:    DATE FILED: _10·3·07_

07 Civ. _____

07 CIV 8445

ECF CASE

**EX-PARTE ORDER
FOR PROCESS
OF MARITIME
ATTACHMENT**

     WHEREAS, on September 28, 2007 Plaintiff, NAFTOMAR SHIPPING AND TRADING

CO. LTD. INC., filed a Verified Complaint herein for damages amounting to **$1,432,271.24** inclusive

of interest, costs and reasonable attorney's fee, and praying for the issuance of Process of Maritime

Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain

Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

     **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the

United States Marshal or other designated process server attach any and all of the Defendant's

property within the District of this Court; and

     **WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit,

and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

     **NOW,** upon motion of the Plaintiff, it is hereby:

     **ORDERED,** that pursuant to Rule B of the Supplemental Rules for Certain Admiralty and

Maritime Claims, the Clerk of Court shall issue Process of Maritime Attachment and Garnishment

against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and

monies, electronic funds transfers, freights, sub-freights, charter hire, sub charter hire or any other

funds or property up to the amount of **$1,432,271.24** belonging to, due or being transferred to, from

or for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name(s), or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishes to be named, or later identified, on whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the U.S. Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed to be effective and continuous service throughout the remainder of the day upon which service is made commencing from the time of such service, and such service is further deemed to be effective through the end of the next business day, provided that another service is made the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means.

Dated: September ___, 2007

SO ORDERED:

_____
U.S.D.J.